IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ZADECK ENERGY GROUP, INC.					PLAINTIFF

VS.					NO. 03-CV-1126

TRI-STATE TOOL COMPANY, INC.			DEFENDANT
							THIRD PARTY PLAINTIFF

INDIANA PETROLEUM
CONTRACTORS INCORPORATED			THIRD PARTY DEFENDANT

## ORDER

Counsel has advised the Court that this matter has been settled as to all claims between Tri-State Tool Company, Inc. and Indiana Petroleum Contractors Incorporated, the only remaining parties in the above styled and numbered action. IT IS THEREFORE ORDERED that this action is **dismissed with prejudice**. The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated this 4th day of April, 2006.

		/s/Harry F. Barnes
		Hon. Harry F. Barnes
		United States District Judge